No. 82–5377. DAVIS v. GREER, WARDEN, MENARD CORRECTIONAL CENTER, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5379. LOPES v. HOWARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5383. WALKER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 82–5384. NOWELS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 82–5385. PHILLIPS v. DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 82–5386. RESPRES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 82–5387. MEDLIN v. MANN. Super. Ct. Alaska, 1st Jud. Dist. Certiorari denied.

No. 82–5389. WATSON v. DEFRANCES. C. A. 11th Cir. Certiorari denied.

No. 82–5391. WASSON v. ENGLE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 82–5397. ABBITT v. JORDAN; and ABBITT v. SAIED. C. A. 10th Cir. Certiorari denied.

No. 82–5400. SANCHEZ ET AL. v. EGGER, COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 82–5424. GROOMS ET AL. v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.